UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AR and JR, *individually and on behalf of* LR, *a child with a disability*

Plaintiffs,

-v.-

NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendant.

26 Civ. 5537 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court has not received the joint letter or the Proposed Civil Case Management Plan and Scheduling Order that the parties were previously directed to file. (*See* Dkt. #6). Further, the Court's records indicate that Plaintiffs have not yet effected service on Defendant. Accordingly, the Initial Pretrial Conference currently scheduled for October 23, 2026, at 11:00 a.m., is hereby ADJOURNED *sine die*.

SO ORDERED.

Dated: October 19, 2026
New York, New York

KATHERINE POLK FAILLA
United States District Judge